IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RYAN O. DALEY,

        Petitioner,

vs.                                              CASE NO. 5:08cv287/RS-EMT

STATE OF FLORIDA,

        Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 4) and Petitioner's Specific Objections to Magistrate's Report and Recommendations (Doc. 5). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.
2. This case is dismissed because of lack of jurisdiction.
3. The clerk is directed to close the file.

**ORDERED** on October 7, 2008.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**